Ralph Stephen Coppola, Esq., Plaintiff, pro se
California Bar No. 128531
Law Office of Ralph Stephen Coppola
4785 Rio Pinar Dr
Reno, NV 89509-5722
Telephone: (530) 414-8813
Email: stephencoppolaesq@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **RALPH STEPHEN COPPOLA,**<br>individually and as Trustee of the<br>**R.S. COPPOLA TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.;**<br>**WELLS FARGO HOME MORTGAGE;**<br>**DEUTSCHE BANK NATIONAL TRUST COMPANY;**<br>**NATIONAL DEFAULT SERVICING CORPORATION;**<br>**TIFFANY & BOSCO, P.A.;**<br>**SNELL & WILMER L.L.P.;**<br>**MIAN ARIF, formerly sued as DOE 1;**<br>**DOES 2 through 100, inclusive,**<br><br>Defendants. | Case No.: 3:26-cv-00456-MMD-CSD<br><br>**SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES**<br><br>__Filed __Received __Entered __Served On<br>Counsel/Parties of Record<br>JUL 15 2026<br>Clerk US District Court<br>District of Nevada<br>By:________________ Deputy |

**SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES**

The undersigned, pro se Plaintiff Ralph Stephen Coppola, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1. Mian Arif, alleged purchaser and claimant to ownership of the real property at 4785 Rio Pinar Drive, Reno, Nevada 89509. His supplied service address is 5395 Ladybug Ct, Reno, Nevada 89523.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal. Plaintiff will promptly file a further supplement upon any change in the information required by Local Rule 7.1-1.

DATED: July 15, 2026.

RS Coppola
______________________________
RALPH STEPHEN COPPOLA, Plaintiff, Pro Se